UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

ARIK LEV and IVAN MAGIDOV,
                            Defendants.
-----------------------------------------------------X

20 cr 440 (JGK)

**ORDER**

       Conditions of the defendant Arik Lev's bail are amended to provide that permitted travel includes business travel to all Districts in Pennsylvania and the Southern District of Florida, provided that the defendant notifies Pretrial Services before the commencement of travel to those Districts.

**SO ORDERED.**

Dated: New York, New York
        September 11, 2020

                                                            /s/John G. Koeltl
                                                        **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**