UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

UNITED STATES OF AMERICA

       - against -               20 Cr. 440 (JGK)

ARIK LEV and IVAN MAGIDOV        ORDER

               Defendant.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

     The parties are directed to appear for another conference on **December 15, 2020** at **11:30 a.m.**

     Because a continuance is needed to allow for the Government to make discovery and for the defendants to review it, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 11, 2020,** until **December 15, 2020,** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
         September 11, 2020       /s/ John G. Koeltl
                        John G. Koeltl
                 United States District Judge