UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ARIK LEV,

               Defendant.

20 cr 440 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant's surrender date is extended to October 4, 2021 at 2:00 p.m. The Court recommends that the defendant be incarcerated at FCI Allenwood, Pennsylvania. The Government is requested to convey this Order to the Bureau of Prisons.

    SO ORDERED.

Dated:    New York, New York
            July 21, 2021

                                         John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECT...
DOC #:
DATE FILED: 7/22/21