# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

```
Application granted. SO ORDERED.

New York, NY        /s/ John G. Koeltl
August 16, 2021     John G. Koeltl, U.S.D.J.
```

**By ECF**                                                                                 August 16, 2021

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

      Re:     U.S. v. Arik Lev
                1:20-cr-440-JGK

Dear Judge Koeltl:

      I represent the defendant Arik Lev in the above-referenced matter. I write to request a temporary modification of one of his bail conditions.

      Since his arrest on December 17, 2019, Mr. Lev has been released on bail – specifically, a $100,000 personal recognizance bond, with the conditions (as relevant here) that he surrender any travel documents and not apply for others, and that his travel be limited to New York and New Jersey. (ECF No. 5.) Mr. Lev's only travel document (his passport) was taken from him by the government at the time of his arrest, and he has not applied for any others since then.

      Mr. Lev is married and the father of five children -- Moshe (age 5), Hele (age 11), Emily (age 18) and Tiffany and Sharon (22-year-old twins) -- who reside with him and his wife Nadia in Brooklyn. He is a permanent resident alien, and has lived in this country for 25 years. His wife is a U.S. citizen, as are each of his five children. His children have lived in the United States all of their lives.

      Mr. Lev has not taken a vacation with his family for the last two years, due in large part to the pendency of this case and the COVID-19 pandemic. He respectfully requests permission to travel to California with his wife Nadia, and his two youngest children, Moshe and Hele, before Mr. Lev surrenders on October 4 to serve his term of imprisonment. Since Mr. Lev does not expect either Moshe and Hele to visit him in prison, this will be the last time he will be able to spend meaningful time with them, when they are not in school, for well over a year. Mr. Lev proposes to stay in Los Angeles from August 23 to 27, San Diego from August 27 to August 30, and San Francisco from August 31 to September 2, returning to New York on September 3. Mr. Lev would (as he has done

COVINGTON

The Honorable John G. Koeltl
August 16, 2021
Page 2

in the past, for court-approved travel) provide all of his flight information, as well as all of the locations where he would be staying, to the government and Pre-Trial Services prior to his departure to California. He would remain available at all times to be contacted by Pre-Trial Services.

      Based on all of the foregoing, I respectfully request that Mr. Lev's bail conditions be temporarily modified to permit him to travel, pursuant to all of the conditions set forth above.

      I have conferred with Jacob Fiddelman, Esq. (on behalf of the U.S. Attorney's Office) and Dayshawn Bostic (on behalf of Pre-Trial Services) regarding this request. Mr. Fiddelman informed me that the government has no objection to the request. Mr. Bostic informed me that Pre-Trial Services has no objection to this request.

      I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Alan Vinegrad

Alan Vinegrad

cc (by email): All counsel of record